DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANCISCO TSCHEN,**
Appellant,

v.

**GENERAL IMPACT GLASS & WINDOWS CORP.,**
Appellee.

No. 4D2023-1099

[March 21, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Olga Gonzalez-Levine, Judge; L.T. Case No. COWE22-001870.

Francisco Tschen, Cooper City, pro se.

Jorge L. Cruz and Matthew Koskinen of Daniels Rodriguez Berkeley Daniels & Cruz, P.A, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***